**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Shawn Dewayne RANDLE,**
**Defendant–Appellant.**

No. 14–6142.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2014.

Decided: May 29, 2014.

Shawn Dewayne Randle, Appellant Pro Se. Charlene Rene Day, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Dewayne Randle appeals the district court's order denying his motion to reconsider the denial of his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Randle,* No. 7:07–cr–00084–JCT–4 (W.D.Va. Jan. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*